**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-40582
Summary Calendar

DAVID H. COERS, JR.,

Plaintiff-Appellant,

VERSUS

TEXAS GUARANTEED STUDENT LOAN CORPORATION; JOE L. McCORMICK,

Defendants-Appellees.

Appeal from the United States District Court
For the Southern District of Texas

(M-93-CV-178)

March 27, 1998

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

The Court notes that David H. Coers, Jr., Appellant, has failed to comply with the Court's order of January 9, 1998 by removing the excess papers in the record excerpts. However, after

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

considering the merits, we waive compliance by this pro se Appellant.

We have considered the record and the briefs of the parties and the applicable authorities and affirm for essentially the reasons stated by the District Judge in his memorandum opinion. All motions not previously ruled on are DENIED.

AFFIRMED.  MOTIONS DENIED.